# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KAZUCO RISCINTI,

      Plaintiff,

v.                                      Case No. 6:20-cv-749-RBD-JBT

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____

## ORDER

In this social security appeal, Plaintiff seeks review of the Commissioner of Social Security's ("Commissioner") decision to deny her supplemental security income and disability benefits. (Doc. 1.) Plaintiff argues the Administrate Law Judge ("ALJ") failed to weigh the opinion of her treating physicians. (Doc. 33, p. 11.) On referral, U.S. Magistrate Judge Joel B. Toomey recommends affirming the Commissioner's decision, finding the physicians did not render medical opinions as defined by the case law and the ALJ reviewed the physicians' treating records. (Doc. 35 ("**R&R**").)

No party objected to the R&R, and the time for doing so has now passed. Absent objection, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D.

Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Finding none, the Court adopts the R&R in its entirety.

It is **ORDERED AND ADJUDGED**:

1.  U.S. Magistrate Judge Joel B. Toomey's Report and Recommendation (Doc. 35) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2.  The Commissioner's final decision is **AFFIRMED**.

3.  The Clerk is **DIRECTED** to enter judgment in favor of Defendant Commissioner of Social Security and against Plaintiff Kazuco Riscinti and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 14, 2021.

ROY B. DALTON JR.
United States District Judge